**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| HENRY DEAN BRETT, | : | |
| Plaintiff | : | |
| VS. | : | |
| Sheriff BILL MASSEY, *et al.*, | : | NO. 5:10-cv-76 (HL) |
| Defendants | : | **O R D E R** |

    Plaintiff **HENRY DEAN BRETT**, an inmate at the Baldwin County Jail in Milledgeville, Georgia, has filed a *pro se* civil rights action under 42 U.S.C. § 1983. On March 19, 2010, the Court filed an Order directing plaintiff to file his complaint on the Court's section 1983 form and address specific issues. Plaintiff responded by filing a Motion to Dismiss (Tab # 6).

    Under Rule 41 of the Federal Rules of Civil Procedure, a plaintiff has the absolute right to dismiss his action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Because the defendants have not filed an answer or other responsive pleading in this case, plaintiff may dismiss his case. Accordingly, plaintiff's motion is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**, this 20th day of April, 2010.

                                          *s/ Hugh Lawson*
                                          HUGH LAWSON
                                          UNITED STATES DISTRICT JUDGE

cr